UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE CALDERON,<br><br>    Petitioner,<br><br>    v.<br><br>R. FISHER, Jr.,<br><br>    Respondent. | No. 2:20-cv-0505-KJM-EFB P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by  U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 8, 2020, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  The court notes petitioner has filed a First Amended Petition of Writ of Habeas Corpus, but the amended petition does not change the fact that it is successive.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 8, 2020, are adopted in full;
2. This action is dismissed for lack of jurisdiction;
3. The Clerk is directed to close the case; and
4. The court declines to issue a certificate of appealability.

DATED: September 28, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE